AIRPLANE SALES INTERNATIONAL CORPORATION, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

Naval Aviation Museum Foundation, Defendant–Appellee.

No. 04–5011.

United States Court of Appeals, Federal Circuit.

DECIDED: July 13, 2004.

Michael J. Coyne, Principal Attorney, Benjamin M. Coyle, of Counsel, Bacon & Wilson, Springfield, MA, for Plaintiff–Appellant.

William H.F. Wiltshire, Principal Attorney, Pensacola, FL, Hillary A. Stern, Principal Attorney, Harold D. Lester, Jr., David M. Cohen, Virginia G. Farrier, of Counsel, Department of Justice, Washington, DC, for Defendants–Appellees.

Before MICHEL, LOURIE and RADER, Circuit Judges.

Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.